UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALMETTA PERRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-01917-JPH-MG ) |
| FED EX CORPORATION, | ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

The Court, having this day made its Order directing the entry of final judgment, now enters **FINAL JUDGMENT**. The action is **dismissed with prejudice**.

Date: 1/29/2024

Roger A.G. Sharpe, Clerk
BY: _Carina Weed_
Deputy Clerk, U.S. District Court

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ALMETTA PERRY
6235 Emerald Springs Dr.
Indianapolis, IN 46221-4264